DECISIONS PER CURIAM, FROM MARCH 29, 1921, TO AND INCLUDING JUNE 6, 1921, NOT IN- CLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 198. MISSOURI, KANSAS & TEXAS RAILWAY COM- PANY ET AL. v. HANNAH L. ZUBER. On writ of certiorari to the Supreme Court of the State of Oklahoma. Argued January 28, 1921. Decided April 11, 1921. Per Curiam. Dismissed for want of jurisdiction upon the authority of: (1) Furness, Withy & Co. v. Yang-Tsze Insurance As- sociation, 242 U. S. 430; Houston Oil Co. v. Goodrich, 245 U. S. 440. (2) California Powder Works v. Davis, 151 U. S. 389, 393; Cuyahoga River Power Co. v. Northern Realty Co., 244 U. S. 300, 303; Bilby v. Stewart, 246 U. S. 255, 257; Farson, Son & Co. v. Bird, 248 U. S. 268, 271. See writ of error dismissed, February 28, 1921, 255 U. S. 561. Mr. M. D. Green, with whom Mr. Joseph M. Bryson, Mr. J. R. Cottingham, Mr. Clifford L. Jackson, Mr. Samuel W. Hayes, Mr. Gardiner Lathrop, Mr. C. S. Burg and Mr. Alex. Britton were on the brief, for plaintiffs in error and petitioners. Mr. Charles W. Smith, for defendant in error and respondent, submitted.